

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00816-CV

**IN THE INTEREST OF A.M.L.**, a Child

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-11-21526-CV
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss filed by appellant G.L. is **GRANTED** and his appeal is **DISMISSED**. We order the appeal filed by appellant E.A. retained on this court's docket.

We order that no costs be assessed against appellant G.L. because he is indigent.

SIGNED March 12, 2014.

_____
Marialyn Barnard, Justice